ESTATE OF ELIZABETH L. MOXLEY, DECEASED.

[No. 16,720; decided October 11, 1897.]

**Broker's Fee—Allowance to Executor.**—The superior court may authorize and direct an executor to pay a reasonable fee to a broker for procuring a loan with which to redeem a large part of the estate from a sale under foreclosure.

---

ESTATE OF A. P. MORE, DECEASED.

[No. 14,070; decided August, 1897.]

**Administrator—Who Incompetent to Nominate.**—A brother and sister of a deceased person who are themselves incompetent to administer his estate are incompetent to nominate an administrator.

**Administration—Rival Claimants for Letters.**—A sister of a deceased person who has a beneficial interest in his estate, who is familiar with the litigation in which it is involved, and who has already had charge of the property for some time as special administrator, has a better right to letters of administration than one (the public administrator) who has no beneficial interest in the estate and who is a stranger to the litigation.